United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 23-10945-mdc

Lorraine Smalley-Small     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3

Date Rcvd: Dec 07, 2023     Form ID: pdf900     Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Lorraine Smalley-Small, 2506 S 78th St, Philadelphia, PA 19153-1218 |
| 14770175 | | Citizens Bank, Attn: Bankruptcy One Citizens Dr, Providence, RI 02903 |
| 14771437 | | Citizens Bank NA, fka RBS Citizens NA, c/o Mary F. Kennedy, Esquire, 1110 Industrial Boulevard, 1st Floor, Suite 101 Southampton, PA 18966 |
| 14807027 | + | NewRez LLC dba Shellpoint Mort Srving, c/o Angela C. Pattison, Esquire, Hill Wallack LLP, 1415 Route 70 East, Suite 309, Cherry Hill, NJ 08034-2210 |
| 14770184 | + | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14770186 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14770187 | + | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14770189 | | Tyese Smalley, 5041 Arch St, Philadelphia, PA 19139-2733 |
| 14770190 | | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 08 2023 00:36:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | | Email/Text: megan.harper@phila.gov | Dec 08 2023 00:36:00 | City of Philadelphia, City of Philadelphia Law Department, c/o Joshua Domer, 1401 JFK Blvd. 5th Floor, Philadelphia, PA 19102 |
| cr | + | Email/Text: RASEBN@raslg.com | Dec 08 2023 00:35:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 14770177 | | Email/Text: megan.harper@phila.gov | Dec 08 2023 00:36:00 | City of Philadelphia Law Department, Municipal Services Building, 1401 John F Kennedy Blvd 5th Floor, Philadelphia, PA 19102-1640 |
| 14806141 | | Email/Text: megan.harper@phila.gov | Dec 08 2023 00:36:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14788098 | | Email/Text: megan.harper@phila.gov | Dec 08 2023 00:36:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14770174 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 08 2023 00:53:52 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14771409 | ^ | MEBN | Dec 08 2023 00:22:24 | Citizens Bank, N.A. f/k/a RBS Citizens, N.A., 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| 14770176 | | Email/Text: bankruptcy@philapark.org | Dec 08 2023 00:36:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 07, 2023 | Form ID: pdf900 | Total Noticed: 31 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14770178 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 08 2023 00:36:00 | Comenity Bank/Ann Taylor, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14770179 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 08 2023 00:36:00 | Comenity Bank/Spiegel, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14770181 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 08 2023 00:54:01 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14770180 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 08 2023 00:35:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14770182 | | Email/Text: mtgbk@shellpointmtg.com | Dec 08 2023 00:35:00 | NewRez LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14788499 | + | Email/Text: mtgbk@shellpointmtg.com | Dec 08 2023 00:35:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14815403 | + | Email/Text: RASEBN@raslg.com | Dec 08 2023 00:35:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 14778964 | + | Email/Text: RASEBN@raslg.com | Dec 08 2023 00:35:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid, & Crane PL, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |
| 14770183 | | Email/Text: bnc@nordstrom.com | Dec 08 2023 00:35:17 | Nordstrom FSB, ATTN: Bankruptcy, PO Box 6555, Englewood, CO 80155-6555 |
| 14770185 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 08 2023 00:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 14770188 | + | Email/Text: bankruptcy@philapark.org | Dec 08 2023 00:36:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1540 |
| 14771152 | + | Email/Text: megan.harper@phila.gov | Dec 08 2023 00:36:00 | The City of Phila., Water Rev Bur, Law Dept, Municipal Srvs Bldg., 1401 JFK Blvd., 5th fl., Phila., PA 19102-1617 |
| 14770191 | ^ | MEBN | Dec 08 2023 00:22:22 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Citizens Bank, N.A. f/k/a RBS Citizens, N.A., 10561 Telegraph Road, Glen Allen, VA 23059-4577 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 07, 2023 | Form ID: pdf900 | Total Noticed: 31 |

Date: Dec 09, 2023            Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2023 at the address(es) listed below:

**Name**               **Email Address**

ANGELA CATHERINE PATTISON
　　on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing apattison@hillwallack.com
　　apattison@ecf.courtdrive.com

CHARLES GRIFFIN WOHLRAB
　　on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkecf@friedmanvartolo.com

KENNETH E. WEST
　　ecfemails@ph13trustee.com  philaecf@gmail.com

MARY F. KENNEDY
　　on behalf of Creditor Citizens Bank  N.A. f/k/a RBS Citizens, N.A. mary@javardianlaw.com,
　　tami@javardianlaw.com;angie.harrigan@javardianlaw.com

MEGAN N. HARPER
　　on behalf of Creditor City of Philadelphia megan.harper@phila.gov  Edelyne.Jean-Baptiste@Phila.gov

MICHAEL A. CIBIK
　　on behalf of Debtor Lorraine Smalley-Small mail@cibiklaw.com
　　cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@kramerica.enterprises;ecf@michaelscottpaper.co;ecf@nalabean.gg

MICHAEL I. ASSAD
　　on behalf of Debtor Lorraine Smalley-Small mail@cibiklaw.com
　　cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com;ecf@kramerica.enterprises;ecf@michaelscottpaper.co;ecf@nalabean.gg

MICHELLE L. MCGOWAN
　　on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mimcgowan@raslg.com

United States Trustee
　　USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                    :        Chapter 13

    LORRAINE SMALLEY-SMALL,

           Debtor(s)                          :        Bky. No. 23-10945-mdc

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR
APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor(s) shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within **twenty (20) days** of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in Paragraph 5 above, Counsel for the Debtor(s) shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Dated:  Date 12/7/2023

                                              **MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE**