# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>　　Lorraine Smalley-Small,<br><br>　　　　　Debtor. | Case No. 23-10945-mdc<br><br>Chapter 13 |

### Certificate of Service

　　I certify that on this date, I caused this application for compensation along with the notice and all attachments to be served on the following parties by first class mail or through the CM/ECF system:

Kenneth E. West (CM/ECF)

U.S. Trustee (CM/ECF)

Lorraine Smalley-Small
2506 S 78th St
Philadelphia, PA 19153-1218

Date: March 4, 2024

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com