| Information to identify the case: |   |
|---|---|
| Debtor 1 | Lorraine Smalley-Small |
| Debtor 2 |   |
| United States Bankruptcy Court for the Eastern District of Pennsylvania | |
| Case Number 23-10945-mdc    Chapter 13 | |

☐ Check if this is an amended filing

## Certificate of No Response

### Part 1: Information About the Motion or Application

1. **Title:** Application for Compensation
2. **Date Filed:** March 4, 2024    **ECF No.:** 58

### Part 2: Information About the Notice of Motion or Application

3. **Date Filed:** March 4, 2024    **ECF No.:** 58-3
4. **Response Date:** March 18, 2024

### Part 3: Certification

I certify that I have received no answer, objection, or other responsive pleading to the motion or application described above. I further certify that I have reviewed the Court's docket in this case and no answer, objection, or other responsive pleading appears to the motion or application thereon. Pursuant to the notice filed as described above, objections were to be filed and served no later than the date indicated above. I respectfully request that the proposed order attached to the pleading be entered at the earliest convenience of the Court.

I further certify that I have reviewed the Court's docket in this case and no applications for administrative expenses appear thereon.

/s/ Michael A. Cibik    March 28, 2024
Signature of Attorney    Date

Michael A. Cibik    Cibik Law, P.C.
Printed Name and Attorney ID    Firm Name

1500 Walnut Street, Suite 900    215-735-1060
Number   Street    Phone

Philadelphia, PA 19102    mail@cibiklaw.com
City, State, Zip    Email