UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Lorraine Smalley-Small,     :     Chapter 13

Debtor.     :     Bky. No. 23-10945 PMM

# O R D E R

**AND NOW,** upon consideration of the Application for Compensation filed by Michael Cibik, counsel for the Debtor (doc. no. 58, the "Application");

**AND** this bankruptcy case having been dismissed by Order dated December 7, 2023 (doc. no. 53, the "Dismissal Order");

**AND** the Dismissal Order providing, *inter alia*, that "applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of" the Order;

**AND** the Application having been filed 88 days after the entry of the Order and, therefore, is untimely;

It is therefore hereby **ORDERED** that the Application is **DENIED**.

Date: 4/1/24

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**