# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Lorraine Smalley-Small,

                Debtor.

Case No. 23-10945-pmm

Chapter 13

Related to ECF No. 63

## Praecipe to Withdraw Document

To the Clerk of Court:

    Please withdraw Cibik Law, P.C.'s Motion to Reconsider, which was filed with the Court at ECF No. 63. Thank you.

Date: April 15, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: */s/ Michael I. Assad*
Michael I. Assad (#330937)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com